FILED
2010 AUG 19 PM 2:20
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-54852**
**MADISON L EDGE** )
**ELNORA EDGE** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

........................................................................

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **WOLPOFF & ABRAMSON**
   **Check No. 749340**
   **Claim #002**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $29.27 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **8/18/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

ck # 758119
receipt # 81703

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **MADISON L EDGE**<br>PO BOX 291<br>WINDHAM, OH 44288-0291<br>(Via Regular Mail) | **ELNORA EDGE**<br>PO BOX 291<br>WINDHAM, OH 44288-0291<br>(Via Regular Mail) |

**JOHN D FALGIANI JR** (via ECF)

**WOLPOFF & ABRAMSON**
**TWO IRVINGTON CENTRE**
**702 KING FARM BLVD**
**ROCKVILLE, MD 20850-5775**
(via Regular Mail)

Date of Service: **8/18/2010**        By: **JoAnn Romig**
                                       Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com