THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 OCT 25 PM 2: 51
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CHAPTER 13
) CASE NO: **05-54852**
**MADISON L EDGE** )
**ELNORA EDGE** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **JOHN D FALGIANI JR**
   **Check No. 754091**
   **Claim #799**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$10.48** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **10/22/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[handwritten: ck # 762393, receipt # 81872]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MADISON L EDGE**
PO BOX 291
WINDHAM, OH 44288-0291
(Via Regular Mail)

**ELNORA EDGE**
PO BOX 291
WINDHAM, OH 44288-0291
(Via Regular Mail)

**JOHN D FALGIANI JR** (via ECF)

**JOHN D FALGIANI JR**
8256 E MARKET STREET SUITE 116
PO BOX 8533
WARREN, OH 44484
(via Regular Mail)

Date of Service: **10/22/2010**      By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com